IN THE UNITED STATES DISTRICT COURT
NORTHERN DISTRICT OF OHIO

| | | |
|---|---|---|
| LAURA CORBIN, | ) | CASE NO. 1:18-CV-00261 |
| Plaintiffs, | ) | JUDGE CHRISTOPHER A. BOYKO |
| vs. | ) | |
| WELLCORP, INC., et al., | ) | **RULE 41(a) STIPULATION OF DISMISSAL WITH PREJUDICE** |
| Defendants. | ) | |

The parties hereby stipulate, pursuant to Rule 41(a)(1)(A)(ii), Fed. R. Civ. P., to the dismissal of this matter in its entirety with prejudice. Each party will bear its own costs and attorney fees.

Respectfully submitted,

/s/ Chris P. Wido
CHRIS P. WIDO (0090441)
THE SPITZ LAW FIRM, LLC
25200 Chagrin Boulevard, Suite 200
Beachwood, Ohio 44122
Telephone: 216.291.4744
Facsimile: 216.291.5744
Email: chris.wido@spitzlawfirm.com

*Attorney for Plaintiff Laura Corbin*

/s/ Adam E. Primm
JOHANNA FABRIZIO PARKER (0071236)
ADAM PRIMM (0086375)
BENESCH, FRIEDLANDER,
    COPLAN & ARONOFF LLP
200 Public Square, Suite 2300
Cleveland, Ohio 44114-2378
Telephone: 216.363.4500
Facsimile: 216.363.4588
Email: jparker@beneschlaw.com
           aprimm@beneschlaw.com

*Attorneys for Defendants WellCorp., Inc. and Vlad Agranovich*

IT IS SO ORDERED.

s/ Christopher A. Boyko
_____
CHRISTOPHER A. BOYKO
UNITED STATES DISTRICT JUDGE